UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| BMO BANK N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| GENEVA LOGISTICS, LLC and VINCE PIERCE, | ) | 2:24-cv-00214-KFP |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff BMO BANK N.A., formerly known as BMO HARRIS BANK N.A. ("BMO"), by and through its undersigned counsel, hereby submits this Complaint for Breach of Contract against Defendants GENEVA LOGISTICS, LLC ("GL") and VINCE PIERCE ("Vince") would show unto this Court as follows, to wit:

### PARTIES

1. Plaintiff BMO is a national bank association with its principal place of business in Chicago with an office at 320 S. Canal, Chicago, Illinois 60606. For purposes of diversity, BMO is a citizen of the State of Illinois.

2. GL is a limited liability company organized and existing pursuant to the laws of the State of Alabama, and has a principal place of business in Andalusia, Alabama. For purposes of diversity, GL is a citizen of the State of Alabama. GL is owned entirely by Vince as the sole member. As such, its citizenship is that of Vince, set forth below.

3.      Vince is an individual, whose address is located at 1907 East Three Notch Street, Andalusia, AL 36421. Vince is domiciled, a resident, and a citizen of the Middle District of Alabama for diversity purposes.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is diversity in citizenship and there is an amount in controversy that exceeds $75,000.

5.      This judicial district is proper venue for this proceeding pursuant to 28 U.S.C. §1391(b)(2), as the Defendant resides, lives or does business in the Middle District of Alabama and as a substantial part of the events giving rise to the cause of action, including signing of the contracts at issue, occurred in the Middle District of Alabama.

## BACKGROUND

### *Loan and Security Agreement 1 (73001)*

6.      On or about September 16, 2020, GL entered into a Loan and Security Agreement (hereinafter "Agreement 1") with BMO in the total amount of $116,829.60, attached hereto as **Exhibit A**, for the purchase of the following Equipment ("Equipment 1"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2019 | MACK | ANTHEM-SERIES | ANTHEM-SERIES: ANTHEM 66T SLEEPER 70" ** | 1M1AN4GY4KM001995 |

7.      Pursuant to Agreement 1, GL agreed to make monthly payments for the purchase of the above Equipment beginning on or about November 1, 2020 for a term of sixty (60) months.

8.      Upon information and belief, GL kept Equipment 1 located at 1907 East Three Notch St., Andalusia, AL 36421.

9.      Pursuant to Agreement 1, GL was obligated to pay a minimum monthly payment of $1,947.16.

10. On or about May 1, 2023, GL defaulted under the terms of Agreement 1 by failing to make the minimum monthly payment.

**_Loan and Security Agreement 2 (74001)_**

11. On or about December 1, 2020, GL entered into a Loan and Security Agreement (hereinafter "Agreement 2") with BMO in the total amount of $101,439.60, attached hereto as **Exhibit B**, for the purchase of the following Equipment ("Equipment 2"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2017 | FREIGHTLINER | CASCADIA-SERIES | CASCADIA-SERIES: CA12564SLP 125"BBC CONV CAB W/72"RR SLPR TRACTOR 6X4 | 3AKGGLD6RHSJD0095 |

12. Pursuant to Agreement 2, GL agreed to make monthly payments for the purchase of the above Equipment beginning on or about January 10, 2021 for a term of sixty (60) months.

13. Upon information and belief, GL kept Equipment 2 located at 1907 East Three Notch St., Andalusia, AL 36421.

14. Pursuant to Agreement 2, GL was obligated to pay a minimum monthly payment of $1,690.65.

15. On or about May 10, 2023, GL defaulted under the terms of Agreement 2 by failing to make the minimum monthly payment.

**_Loan and Security Agreement 3 (99001)_**

16. On or about April 22, 2021, GL entered into a Loan and Security Agreement (hereinafter "Agreement 3") with BMO in the total amount of $116,196.00, attached hereto as **Exhibit C**, for the purchase of the following Equipment ("Equipment 3"):

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2016 | KENWORTH | W900-SERIES | W900-SERIES: W900L 130"BBC CONV CAB TRACTOR 6X4 | 1XKWD49X2GR479361 |

17. Pursuant to Agreement 3, GL agreed to make monthly payments for the purchase of the above Equipment beginning on or about June 7, 2021 for a term of fifty (50) months.

18. Upon information and belief, GL kept Equipment 3 located at 1907 East Three Notch St., Andalusia, AL 36421.

19. Pursuant to Agreement 3, GL was obligated to pay a minimum monthly payment of $2,323.92.

20. On or about May 7, 2023, GL defaulted under the terms of Agreement 3 by failing to make the minimum monthly payment.

21. Pursuant to Paragraph 5.1 of Agreements 1 through 3 (collectively the "Agreements"), entitled "Events of Default," GL will be in default under the loan if "Debtor" fails to pay when due any amount owed by it to BMO under this Agreement.

22. Pursuant to Paragraph 5.2 of the Agreements, entitled "Remedies," upon default of GL, BMO may "declare the indebtedness hereunder to be immediately due and payable."

### *Continuing Guaranties*

23. Vince executed multiple Continuing Guaranties (collectively the "Guaranties") personally and unconditionally guarantying GL's performance on all of its obligations to BMO. True and accurate copies of the Guaranties are attached collectively as **Exhibit D**.

24. The Guaranties represent contractual agreements between BMO and Vince.

25. By executing the Guaranties, Vince guaranteed the repayment of all amounts due under the Agreements and expressly agreed, and is obligated, to pay BMO's reasonable attorney fees and cost of any action upon GL's default.

### *Sale of Equipment*

26. Equipment has been recovered and sold.

27. Sale proceeds were applied to each account, with credit also given to other accounts due to the cross-collateralization of the Agreements.

## COUNT I: BREACH OF CONTRACT

28. BMO incorporates by reference Paragraphs 1 through 27, as if set forth at length herein.

29. BMO and GL entered into valid contracts (the Agreements) wherein GL agreed to make monthly payments to BMO for the use of the Equipment.

30. GL defaulted on the terms of the Agreements and therefore is in default for failure to pay.

31. BMO sustained significant damages in the amount of $106,073.16 due to GL's breach and default of the Agreement.

**WHEREFORE**, Plaintiff, BMO Bank N.A., demands the following relief against Defendant Geneva Logistics, LLC, compensatory damages in the amount of $106,073.16, as well as interest, reasonable attorneys' fees and costs; and such other relief as the Court may deem equitable and just.

## COUNT II: BREACH OF GUARANTIES

32. BHB incorporates by reference Paragraphs 1 through 31, as if set forth at length herein.

33. The Guaranties represent contractual agreements between BMO and Vince.

34. By executing the Guaranties, Vince guarantied the repayment of all amounts due under the Agreements and expressly agreed, and is obligated, to pay BMO's reasonable attorneys' fees and costs of any action upon GL's default.

35. BMO sustained significant damages in the amount of $106,073.16 due to Vince's breach and default of the Guaranties.

**WHEREFORE**, Plaintiff, BMO Bank N.A., demands the following relief against Defendant Vince Pierce, compensatory damages in the amount of $106,073.16, as well as interest, reasonable attorneys' fees and costs; and such other relief as the Court may deem equitable and just.

Date: March 28, 2024

**WONG FLEMING, P.C.**
*Attorneys for Plaintiff BMO Bank N.A.*

By: *(signature)*
James K. Haney
821 Alexander Road, Suite 200
Princeton, NJ 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
Email: jhaney@wongfleming.com



PRIORITY MAIL
04/02/2024
US POSTAGE $14.50

ZIP 08540
041L13814645

**WONG FLEMING**
A PROFESSIONAL CORPORATION
821 ALEXANDER ROAD, SUITE 200
P.O. BOX 3663
PRINCETON, NJ 08543-3663

TO:

US District Court, Middle District of Alabama
Frank M. Johnson, Jr. US Courthouse Complex
One Church Street
Montgomery, AL 36104